**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 12, 2012

No. 11-40218

Lyle W. Cayce
Clerk

LYONDELL CHEMICAL COMPANY; ET AL,

Plaintiffs

v.

ALBEMARLE CORPORATION; ET AL,

Defendants

-------------------------------------------------------

EL PASO TENNESSEE PIPELINE COMPANY; EPEC POLYMERS,
INCORPORATED; TENNESSEE GAS PIPELINE COMPANY; EPEC
CORPORATION,

Plaintiffs-Appellees

v.

OCCIDENTAL CHEMICAL CORPORATION,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CV-890

No. 11-40218

Before JONES, Chief Judge, and PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.